Buffington vs Blouin et al.

---

### No. 9125.

#### T. S. BUFFINGTON, EXECUTOR, vs. J. D. BLOUIN ET AL.

When defendant has assumed payment of a prior mortgage for $1000 and interest from date, the fact that some interest was already due at the date of the assumption, does not make the suit on said debt appealable.

The accrued interest did not thereby become principal, but remained interest, and the debt sued for does not amount to $1000, exclusive of interest, which is essential for our jurisdiction.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburn*, J.

*L. D. Beale* for Plaintiff and Appellee.

*J. W. Burgess, Robertson & Bussell* and *Thos. B. Dupree* for Defendant and Appellant.

---

The opinion of the Court was delivered by

FENNER, J. We have no jurisdiction of this appeal.

The suit is upon a note for one thousand dollars with interest from maturity, secured by mortgage upon property of which defendants subsequently became purchasers, assuming, as part of the price, payment of this prior mortgage. The fact that, at the date of their said assumption, interest had already accrued upon the note, does not affect the case. The accrued interest did not thereby become part of the principal, but is still interest. The debt assumed and sued for is one thousand dollars with interest from maturity. It does not exceed one thousand dollars, exclusive of interest.

Let the appeal be dismissed.